**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KYLE MCBRIDE,

                    Petitioner,           19 **CIVIL** 200 (RA)

      -against-                    **JUDGMENT**

RAYMOND COVENY,

                    Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 21, 2020, McBride's petition for habeas corpus is denied; accordingly, the case is closed.

**DATED:** New York, New York
            July 22, 2020

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                   **BY:**   *K. Mango*
                                                  **Deputy Clerk**