```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE MCBRIDE,

               Petitioner,

      v.

RAYMOND COVENY,

               Respondent.

19-CV-200 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     The Clerk of Court is respectfully directed to mail a copy of the Court's opinion at docket entry 14 to Petitioner.

SO ORDERED.

Dated:   July 22, 2020
            New York, New York

_____
RONNIE ABRAMS
United States District Judge